No. 1599, Misc. HAYKEL v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 1605, Misc. BARCLAY v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 1606, Misc. CINNAMON v. X-RAILWAY EXPRESS Co. ET AL. C. A. 6th Cir. Certiorari denied.

No. 1611, Misc. GREENE v. RHAY, PENITENTIARY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 1615, Misc. KERNER ET UX. v. CIBA CORP. Sup. Ct. N. J. Certiorari denied. *Joseph Ginsburg* for petitioners.

No. 1617, Misc. CARPENTIER v. CRAVEN, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1618, Misc. ROSS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. *Robert Morgan*, Attorney General of North Carolina, and *Ralph Moody*, Deputy Attorney General, for respondent. 

No. 1621, Misc. FRASER v. NEW YORK. Ct. App. N. Y. Certiorari denied. *Frank S. Hogan* and *Michael R. Juviler* for respondent.

No. 1622, Misc. OLIVER v. RUNDLE, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied. *John W. Packel* for petitioner.

No. 1623, Misc. LEAK v. FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.